IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAREN WOOLBRIGHT                                                PLAINTIFF

V.                              CASE NO. 3:14-cv-00251-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*                      DEFENDANT
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the final determination of the

Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 14th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE